UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cheryl Lynn Griswold,

    Plaintiff,

v.                                                                                  Case No.  13-12546

Commissioners of Social Security,                         Honorable Sean F. Cox

    Defendant.

_____/

**ORDER
ACCEPTING AND ADOPTING REPORT & RECOMMENDATION**

    Plaintiff brought this action challenging the Commissioner's decision denying Plaintiff's application for Disability Insurance Benefits.  Thereafter, the matter was referred to Magistrate Judge Mona Majzoub for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

    Thereafter, the parties filed cross-motions for summary judgment.  In a Report and Recommendation ("R&R") issued on August 14, 2014, Magistrate Judge Majzoub recommended that: 1) Plaintiff's Motion for Summary Judgment be granted in part and denied in part; 2) Defendant's Motion for Summary Judgment be denied; and 3) the "matter be remanded for evaluation by a medical expert and a proper determination at Step 3 and, if Plaintiff is not found disabled at Step 3, for proper consideration of Dr. Lerner's opinion, proper discussion of Plaintiff's credibility, and any additional, necessary analysis."  (R&R at 1).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

1

being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby ADOPTS the August 14, 2014, R&R. IT IS ORDERED that:

1) Plaintiff's Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART;

2) Defendant's Motion for Summary Judgment is DENIED; and

3) this matter is hereby REMANDED for evaluation by a medical expert and a proper determination at Step 3 and, if Plaintiff is not found disabled at Step 3, for proper consideration of Dr. Lerner's opinion, proper discussion of Plaintiff's credibility, and any additional, necessary analysis.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 16, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 16, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager